UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLIE BELLO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-88-JWD-SDJ** |
| **PATRICK COOPER AND ERNEST GARRETT** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 13, 2022, (Doc. 49), to which an objection (Doc. 50) was filed and considered;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 28) is **GRANTED**. Plaintiff's federal and state constitutional claims for retaliation and Plaintiff's claim for injunctive relief against Garrett are **DISMISSED with prejudice**. Further, the Court declines to exercise jurisdiction over Plaintiff's state law defamation claim against Cooper pursuant to 28 U.S.C. § 1367(c)(3), dismissing this claim, **without prejudice**, *see Bass v. Parkwood Hosp.*, 180 F.3d 234, 246 (5th Cir. 1999) ("When a court dismisses all federal claims before trial, the general rule is to dismiss any pendent claims. However, the dismissal of the pendent claims should expressly be without prejudice").

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 30, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**